**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel: (916) 444-5557
Fax: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com;
molaso@johnnygriffinlaw.com

Attorneys for Plaintiff RUSSELL GRAHAM BARLOWE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### DIVISION: SAN FRANCISCO

| | |
|---|---|
| RUSSELL GRAHAM BARLOWE,<br><br>        Plaintiff,<br><br>    v.<br><br>PAMELA BONDI, Attorney General,<br>United States Department of Justice;<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES; DOES 1<br>through 50,<br><br>        Defendants. | Case No.: 3:25-cv-04875-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS, DATE FOR DEFENDANTS' REPLY, AND DATE FOR CASE MANAGEMENT CONFERENCE.**<br><br>Hearing Date: May 13, 2026<br>Time: 2:00 p.m.<br>Location: Zoom<br><br>Before the Honorable William H. Orrick |

Whereas, plaintiff RUSSELL GRAHAM BARLOWE filed a First Amended Complaint (FAC) on June 9, 2025.

Whereas, the parties stipulated to extending the defendants' time to file a response to the FAC, due in part to the federal government shutdown.

Whereas the defendants filed a motion to dismiss (MTD) on February 17, 2026, with a hearing date scheduled for May 13, 2026.

Stipulation and [Proposed] Order to Extend Date for Plaintiff's Opposition to Motion to Dismiss, Date for Defendants' Reply, and Date for Case Management Conference
Barlowe v. Bondi, et al. ; Case Number 3:25-cv-04875-WHO

1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Whereas, Manolo Olaso, counsel for plaintiff, had a death of a close family member shortly after the MTD was filed.

Whereas, Manolo Olaso requires additional time to prepare an opposition to the MTD.

Whereas, a Zoom case management conference is scheduled for March 10, 2026, with a case management conference statement due March 3, 2026. Whereas, Manolo Olaso requires additional time to prepare for the case management conference. Good cause is based on Manolo Olaso's unavailability to work on case management conference preparation due to the death of his close family member.

Therefore, the parties, by and through their undersigned counsel, agree and stipulate to extend the time for plaintiff to file an opposition to the MTD to April 10, 2026. The parties agree and stipulate to extend the time for defendants to file a reply to the opposition to April 24, 2026. Based on good cause, the parties also agree and stipulate to reschedule the March 10, 2026 Zoom case management conference to June 9, 2026 at 2:00 p.m., with a joint case management statement due on June 2, 2026.

**IT IS SO STIPULATED BY THE PARTIES AND THEIR COUNSEL.**

Dated: March 2, 2026         /s/ Manolo Olaso
                             Manolo Olaso
                             Law Offices of Johnny L. Griffin, III
                             Attorneys for Plaintiff RUSSELL GRAHAM BARLOWE

Dated: March 2, 2026         /s/Sarah E. Balkissoon
                             Sarah E. Balkissoon
                             Assistant United States Attorney
                             Attorney for Defendants PAMELA BONDI and
                             BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND
                             EXPLOSIVES (e-signature authorized on 3/3/2026)

**PURSUANT TO STIPULATION BY THE PARTIES, IT IS SO ORDERED.**

Dated: March 4, 2026

_____
WILLIAM H. ORRICK
Senior United States District Court Judge

Stipulation and [~~Proposed~~] Order to Extend Date for Plaintiff's Opposition to Motion to Dismiss, Date for Defendants' Reply, and Date for Case Management Conference
Barlowe v. Bondi, et al. ; Case Number 3:25-cv-04875-WHO

2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com